IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Ochoa, Alonzo

Printed: 02/17/09

Case Number: 08 B 27064
Judge: Hollis, Pamela S
Filed: 10/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | Beneficial | Secured | 0.00 | 0.00 |
| 3. | Harley Davidson Financial | Secured | 14,273.00 | 0.00 |
| 4. | Chase Home Finance | Secured | 8,000.00 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 4,905.12 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 3,511.05 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 809.49 | 0.00 |
| 8. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 9. | Credit Management Co. | Unsecured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| 11. | I C Systems Inc | Unsecured | | No Claim Filed |
| 12. | J J Mac Intyre Co Inc | Unsecured | | No Claim Filed |
| 13. | Harris & Harris | Unsecured | | No Claim Filed |
| | | | $ 31,498.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ochoa, Alonzo | Case Number: 08 B 27064 |
| | Judge: Hollis, Pamela S |
| Printed: 02/17/09 | Filed: 10/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*